JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN ALEXANDER SANDFORD, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. LA CV 15-0900 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: December 01, 2015

_____
Hon. Jay C. Gandhi
United States Magistrate Judge